# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | No.   CV-05-1807-PHX-DGC (DKD) |
|                                      ) |          CR-04-0606-PHX-DGC |
| Plaintiff/Respondent,   ) | |
|                                      ) | |
| v.                                   ) | **ORDER** |
|                                      ) | |
| David Gil Rodriguez,                 ) | |
|                                      ) | |
| Defendant/Movant.       ) | |
|                                      ) | |

Pending before the Court are Defendant/Movant David Gil Rodriguez's Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Dkt ##63, 71. The R&R recommends that the Court deny the motion. Dkt. #71 at 2, 3. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 3-4 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and deny the motion.

*See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge David K. Duncan's R&R (Dkt. #71) is **accepted**.

2. Defendant/Movant David Gil Rodriguez's Amended Motion to Vacate, Set Aside or Correct /sentence pursuant to 28 U.S.C. § 2255 (Dkt. #63) is **denied**.

3. The Clerk of Court shall **terminate** this action.

DATED this 11th day of January, 2007.

*[signature]*

David G. Campbell
United States District Judge